**\*\*\*\* AFFIDAVIT OF SERVICE - SUMMONS AND COMPLAINT \*\*\*\***    03/05/2026

| SHERIFF #SC26000500 | DEFENDANT SEQUENCE 1 OF 1 | OFFICER: |
|---|---|---|

I, Charles H. Billingham, SHERIFF OF CAMDEN COUNTY, DO HEREBY ASSIGN

OFFICER  __N. Lentz__  TO EXECUTE AND RETURN THE WRIT ACCORDING TO LAW.

———————————————— COURT INFORMATION ————————————————

COURT OF ISSUANCE: UNITED STATES DISTRICT COURT     BRANCH: DISTRICT OF NEW JERSEY
DOCKET #: 1:25-CV-12103-ESK-AM     STATE: NJ     COUNTY OF VENUE:

ijackson

| ATTORNEY: | Receipt # | Check # | Receipt Amt |
|---|---|---|---|
| SCHALOR BLACKSHEAR | 234308 | CASH | 25.00 |
| 2230 ROUTE 70 WEST | | | |
| STE 1490 | | | |
| CHERRY HILL NJ 08002 | | | |

———————————————— CAPTION OF CASE ————————————————

NAME: THALIA RHETT

VS.  CAMDEN COUNTY METRO POLICE DEPARTMENT, AND COLIN WETMORE #872 AND COLLEEN DOYLE #1016 AND GERMAN MENDOZA #958 AND STEVEN MANTHEY # 123 AND ANTONIO GENNETTA #357 AND PAMELA RIGNEY #246 AND TIMOTHY MILLER #307 AND KIMBERLY FRAUSE AND URSULA PIERCY

———————————— DEFENDANT OR NAMED WITHIN TO BE SERVED ————————————

NAME:  CAMDEN CITY POLICE DEPARTMENT
ADDRESS:  800 FEDERAL STREET
CAMDEN NJ 08103

PAPERS SERVED:  SUMMONS & AMENDED COMPLAINT JURY TRIAL DEMAND

NOTES:  CAMDEN COUNTY POLICE DEPARTMENT (METRO DIVISION)

———————————— SERVICE DATA RECORDED ————————————  DATE/TIME ————

☒ SERVED SUCCESSFULLY     3/11/26 / ___

☐ UNABLE TO SERVE     NUMBER OF ATTEMPTS  1

REMARKS: _____

———————————————— COPY SERVED UPON ————————————————

☐ Personally Delivered                    ☐ Officer
☐ Copy Left With Competent Household Member   ☐ Registered Agent
over 14 years of age residing within      ☒ Agent Authorized to Accept
☐ Duly served on self/spouse at their abode  ☐ Person in charge at registered office of

Person Served: __Heidi Shafer (law secretary)__ (Title/Relationship)

☐ IS IN THE MILITARY     ☐ IS NOT IN THE MILITARY

SEX:     ☐ MALE     ☐ FEMALE
SKIN:    ☐ WHITE    ☐ BLACK     ☐ YELLOW     ☐ BROWN     ☐ RED
HEIGHT:  ☐ UNDER 5 FT     ☐ 5.0-5.6 FT     ☐ 5.7-6.0 FT     ☐ OVER 6'
WEIGHT:  ☐ UNDER 100 LBS.  ☐ 100-150 LBS.  ☐ 151-200 LBS.  ☐ OVER 200 LBS.
HAIR:    ☐ BLACK  ☐ BROWN  ☐ BLONDE  ☐ GRAY  ☐ RED  ☐ WHITE  ☐ BALDING
AGE:     ☐ 14-20  ☐ 21-35  ☐ 36-50  ☐ 51-65  ☐ OVER 65

SWORN TO AND SUBSCRIBED
BEFORE ME ON:



__Nicholas Lentz #706__
SIGNATURE
SHERIFF'S OFFICER OF CAMDEN COUNTY
STATE OF NEW JERSEY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**THALIA RHETT,**
*Plaintiff*

V.          **SUMMONS IN A CIVIL CASE**

**CAMDEN CITY POLICE DEPARTMENT,**
**ET AL.,**
*Defendant*

CASE
NUMBER: 1:25–CV–12103–ESK–AMD

TO: *(Name and address of Defendant):*

Camden County Police Department (Metro Division)
800 Federal St, Camden, NJ 08103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**/s Melissa E. Rhoads**

**Clerk of Court**

**ISSUED ON 2025–06–25 09:23:48**, Clerk
USDC NJD

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____ ; or _____

☐ Left the summons at the individual's residence or usual place of abode with (name): _____ a person of suitable age and discretion who resides there, on (date):_____ and mailed a copy to the individual's last known address; or

☒ Name of person with whom the summons and complaint were left: Heidi Shafer _____ ; or

☐ Returned unexecuted: _____ _____ _____ ; or

☐ Other (specify): _____ _____ _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   3/11/26
                 Date

                              *Signature of Server*  *700

                              500 Market St.
                              *Address of Server*  Camden NJ