UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN

Proceeding Date: May 27, 2026

**JUDGE ANN MARIE DONIO**

Court Reporter: Court Conference Line

**TITLE OF CASE:**
**Thalia Rhett**
v.
**Camden City Police Department, et al**

**DOCKET NO. 25cv12103(ESK/AMD)**

**APPEARANCES:**
Schalor Blackshear, Esq. for plaintiff
Ryan Kelly, Esq. for defendants Camden County Metro Police Department, Wetmore, Doyle, Mendoza, Mathey, Gennetta, Rigney and Miller

**NATURE OF PROCEEDINGS:** Telephone Status Conference

**DISPOSITION:**
Telephone Status Conference held on the record
Hearing on joint application to extend time to complete discovery
Ordered application granted
Order to be entered.

*s/Susan Bush*
**DEPUTY CLERK**

Time Commenced: 11:42 a.m. Time Adjourned: 11:46 a.m. Total time: 4 mins.