**BROWN & CONNERY, LLP**
William M. Tambussi, Esquire
William F. Cook, Esquire
Ryan J. Kelly, Esquire
Jasmine A. Bealor, Esquire
360 North Haddon Avenue
P.O. Box 539
Westmont, New Jersey 08108
(856) 854-8900
*Attorneys for Defendants Camden County Metro Police Department, Colin Wetmore, Colleen Doyle, German Mendoza, Steven Manthey, Antonio Gennetta, Pamela Rigney, Timothy Miller*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **THALIA RHETT**<br><br>**Plaintiff,**<br>**vs.**<br><br>**CAMDEN COUNTY METRO POLICE DEPARTMENT; And Colin Wetmore #872 and Colleen Doyle #1016 and German Mendoza # 985 and Steven Manthey #123 and Antonio Gennetta #357 and Pamela Rigney #246 and Timothy Miller #307 and Kimberly Krause and Ursula Piercy**<br><br>**Defendant.** | CIVIL ACTION NO. 1:25-cv-12103-ESK-AMD<br><br>**ENTRY OF APPEARANCE** |

TO: **Office of the Clerk of the Court**
**United States District Court**
**District of New Jersey**

Please enter my appearance on behalf of Defendants Camden County Metro Police Department, Colin Wetmore, Colleen Doyle, German Mendoza, Steven Manthey, Antonio Gennetta, Pamela Rigney, Timothy Miller in this matter.

**BROWN & CONNERY, LLP**
*Attorneys for Defendants*
*Camden County Metro Police Department,*
*Colin Wetmore, Colleen Doyle, German Mendoza,*
*Steven Manthey, Antonio Gennetta, Pamela Rigney,*
*and Timothy Miller*

Dated: September 11, 2026

By: *s/ Jasmine A. Bealor*
Jasmine A. Bealor